FIRST NATIONAL BANK OF BOSTON v. AVTEK, INC. and State of Vermont, et al. and State of Vermont, Plaintiff in Counterclaim v. First National Bank of Boston, Defendant in Counterclaim, No. 341-75

December 10, 1975. In the foregoing cause, the motion for permission to appeal of defendant in counterclaim, First National Bank of Boston, is granted, and said defendant in counterclaim has permission to appeal to this Court the interlocutory order filed September 19, 1975, in the Orange Superior Court denying its motion to dismiss the counterclaim of State of Vermont. V.R.A.P. 5(b)(1); V.R.A.P. 27(c).

James McCULLOUGH v. John BUCHANAN, et al., No. 342-75

December 10, 1975. In the foregoing cause, the motion of the defendants for permission to appeal the October 21, 1975, order of the Windsor Superior Court is denied, upon the ground that the same will not materially advance the termination of the litigation. V.R.A.P. 5(b)(1); V.R.A.P. 27(c).

This order is without prejudice to defendants' rights of appeal after final judgment. *Adams* v. *Wright*, 133 Vt. 481, 346 A.2d 217 (1975); 12 V.S.A. § 4601.

Randall L. COLBY v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 198-75

December 15, 1975. Appeal dismissed.

Elmer CLARK v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 133-75

December 29, 1975. The July 23, 1975, decision of the Employment Security Board is affirmed. *In re Therrien*, 132 Vt. 535, 325 A.2d 357 (1974).

IN RE Samuel Anthony DONATO, No. 174-75

December 29, 1975. Motion to present additional evidence denied.

STATE of Vermont v. POWELL COMMUNICATIONS, INC., No. 139-75

January 13, 1976. Appeal dismissed.

Mitchell L. BISHOP, Jr. v. Herbert SHELDON, No. 156-75

January 13, 1976. Appeal dismissed.

Charles L. BAKER, Jr. and Diane L. Baker v. TOWN OF WALLINGFORD, No. 184-75

January 13, 1976. Appeal dismissed.